IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS GENE MAYBERRY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 3:08cv0340-TMH |
| v. | ) | WO |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the court, it is

CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby

entered in favor of Respondent and against Petitioner Douglas Gene Mayberry and that

Petitioner take nothing by his said suit.

DONE this 30th day of May, 2008.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE